ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>WHITE LAKE RANCH ASSOCIATION; TBR I, LLC; AIRMOTIVE INVESTMENTS LLC; and GAYLE A. KERN, LTD DBA KERN & ASSOCIATES, LTD.<br><br>Defendants. | Case No.: 3:16-cv-00647-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Bank of America, N.A., White Lake Ranch Association, and Airmotive Investments LLC agree to dismiss with prejudice this action pursuant to Rule 41(a)(2). Each party shall bear its own costs and fees.

/ /

/ /

/ /

/ /

/ /

/ /

1

45479889;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| DATED this 5th of September, 2018. | DATED this 5th of September, 2018. |
|---|---|
| **AKERMAN LLP** | **TYSON & MENDES LLP** |
| */s/ Scott R. Lachman* | */s/ Margaret E. Schmidt* |
| ARIEL E. STERN, ESQ. | THOMAS E. MCGRATH, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7086 |
| SCOTT R. LACHMAN, ESQ. | MARGARET E. SCHMIDT, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 12489 |
| 1635 Village Center Cir., Suite 200 | 3960 Howard Hughes Parkway, Suite 600 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff Bank of America, N.A* | *Attorneys for White Lake Ranch Association* |
| DATED this 5th of September, 2018. | |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.** | |
| */s/ Timothy Rhoda* | |
| ROGER P. CROTEAU, ESQ. | |
| Nevada Bar No. 4958 | |
| TIMOTHY RHODA, ESQ. | |
| Nevada Bar No. 7878 | |
| 9120 West Post Road, Suite 100 | |
| Las Vegas, Nevada 89148 | |
| *Attorneys for Airmotive Investments, LLC* | |

## **ORDER**

UPON STIPULATION of the parties, and good cause appearing, it is ORDERED AND ADJUDGED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

Dated: _September 5,_____, 2018.

_____
DISTRICT COURT JUDGE

2

45479889;1